IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-00021-BO

ATLANTIC COAST PIPELINE, INC., )
    Plaintiff, )
)
v. ) ORDER
)
4.77 ACRES, MORE OR LESS, IN )
HALIFAX COUNTY, NORTH )
CAROLINA, *et al.*, )
    Defendants. )

Following a hearing on July 6, 2023, the Court granted entry of final judgment in this matter and its order was entered on the Court's docket on July 7, 2023. [DE 86]. It appearing that plaintiff has complied with its obligations outlined in paragraphs two through five and ten of the Court's order, *see* [DE 87 – 82], the Clerk is DIRECTED to close this case.

SO ORDERED, this __18__ day of August 2023.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE